*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 10, 2015                106309
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,
        v                                    MEMORANDUM AND ORDER

DANIEL J. FRENCH,
                        Appellant.
_____

Calendar Date:   October 27, 2015

Before:  McCarthy, J.P., Garry, Rose and Lynch, JJ.

_____

        Margaret McCarthy, Ithaca, for appellant.

        Weeden A. Wetmore, District Attorney, Elmira (Jordan J. Yorke of counsel), for respondent.

_____

        Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered August 27, 2012, convicting defendant upon his plea of guilty of the crime of robbery in the first degree.

        Defendant robbed a bank teller at knife point and, in satisfaction of an indictment charging him with crimes arising from this incident, pleaded guilty to robbery in the first degree.  In accordance with the terms of the plea agreement, he was sentenced as a second violent felony offender to 12 years in prison to be followed by five years of postrelease supervision. He now appeals.

        Defendant's sole contention is that the sentence is harsh and excessive.  We disagree.  Defendant has a lengthy criminal record that includes a prior robbery conviction.  In view of

this, and given that defendant agreed to the sentence as part of the plea agreement, we find no abuse of discretion nor any extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Jones, 11 AD3d 818, 818 [2004]; see also People v Morgan, 214 AD2d 809, 811 [1995], lv denied 86 NY2d 783 [1995]).

McCarthy, J.P., Garry, Rose and Lynch, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court